UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JOSEPH LEE PRYOR  
607 WHISTLING SWAN DR  
GREENSBORO, NC  27455

CASE NO. 20-10242  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-9508

DATE: 03/02/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| BANK OF AMERICA  ATTN OFFICER  100 N TYRON ST  CHARLOTTE, NC  28255 | $0.00  INT:  .00%  NAME ID: 173771  CLAIM #: 0016 | | (U) UNSECURED  NOT FILED  ACCT: 9508  COMMENT: | |
| CAVALRY SPV I LLC  AS ASSIGNEE OF CITIBANK NA  P O BOX 27288  TEMPE, AZ  85282 | $8,848.17  INT:  .00%  NAME ID: 167591  CLAIM #: 0018 | | (U) UNSECURED    ACCT: 2658  COMMENT: | |
| CHARTER COMMUNICATIONS  ATTN OFFICER  400 ATLANTIC ST 10TH FL  STAMFORD, CT  06901 | $0.00  INT:  .00%  NAME ID: 181589  CLAIM #: 0017 | | (U) UNSECURED  NOT FILED  ACCT: 9508  COMMENT: | |
| CLUB WYNDHAM  ATTN OFFICER  14700 FRONT BEACH RD  PANAMA CITY BEACH, FL  32413 | $0.00  INT:  .00%  NAME ID: 181585  CLAIM #: 0013 | | (S) SECURED  NOT FILED  ACCT:  COMMENT: OC,DIR | |
| CLUB WYNDHAM  ATTN OFFICER  14700 FRONT BEACH RD  PANAMA CITY BEACH, FL  32413 | $0.00  INT:  .00%  NAME ID: 181585  CLAIM #: 0014 | | (S) SECURED  NOT FILED  ACCT:  COMMENT: ARR,DIR | |
| GUILFORD CO REGISTER OF DEEDS  P O BOX 3427  GREENSBORO, NC  27402 | $52.00  INT:  .00%  NAME ID: 1159  CLAIM #: 0021 | | (Z) SPECIAL COST ITEM    ACCT:  COMMENT: | |
| GUILFORD COUNTY TAX DEPT  ATTN BANKRUPTCY  400 W MARKET ST  GREENSBORO, NC  27401 | $0.00  INT:  .00%  NAME ID: 170851  CLAIM #: 0001 | | (P) PRIORITY  NOT FILED  ACCT:  COMMENT: | |
| INTERNAL REVENUE SERVICE  P O BOX 7317  PHILADELPHIA, PA  19101-7317 | $11,376.24  INT:  .00%  NAME ID: 123769  CLAIM #: 0002 | | (P) PRIORITY    ACCT: 19TX  COMMENT: OC,620A,420A, 420A | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LAKESHORE VILLAGE HOA<br>% GOLDEN PROPERTY MGMT<br>P O BOX 16325<br>HIGH POINT, NC  27261 | MONTHLY PMT $22.00<br>INT: .00%<br>NAME ID: 55517<br>CLAIM #: 0004 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1171<br>COMMENT:  ASDU,CTD EFF AUG20,121A |
| LAKESHORE VILLAGE HOA<br>% GOLDEN PROPERTY MGMT<br>P O BOX 16325<br>HIGH POINT, NC  27261 | $291.00<br>INT: .00%<br>NAME ID: 55517<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 1171<br>COMMENT:  ASDU,ARR THRU MAR20,121A |
| LAKESHORE VILLAGE HOA<br>% GOLDEN PROPERTY MGMT<br>P O BOX 16325<br>HIGH POINT, NC  27261 | $88.00<br>INT: .00%<br>NAME ID: 55517<br>CLAIM #: 0006 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1171<br>COMMENT:  ASDU,ARR APR THRU JUL20 |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 18TX<br>COMMENT: |
| NAVIENT<br>DEPT OF EDUCATION<br>P O BOX 9635<br>WILKES BARRE, PA  18773 | $0.00<br>INT: .00%<br>NAME ID: 161378<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9508<br>COMMENT: |
| QUEEN PRYOR<br>205 SNOWY EGRET CT<br>DURHAM, NC  27704-5278 | $0.00<br>INT: .00%<br>NAME ID: 181591<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | MONTHLY PMT $754.01<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT: 1869<br>COMMENT:  DT RERP,CTD EFF AUG20,520A |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $17,449.98<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0008 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1869<br>COMMENT:  ARR THRU MAR20 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $3,224.51<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0009 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1869<br>COMMENT:  ARR APR THRU JUL20 |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT $240.14<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0010 | (H) ONGOING-SECURED<br><br>ACCT: 4602<br>COMMENT:  DT RERP,CTD EFF AUG20 |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $2,632.10<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0011 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4602<br>COMMENT:  ARR THRU FEB20 |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $1,200.70<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0012 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4602<br>COMMENT:  ARR MAR THRU JUL20 |

PAGE 3 - CHAPTER 13 CASE NO. 20-10242

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| **TOTAL:** | **$46,178.85** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/02/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice